**New York**
7 Times Square
Times Square Tower
Suite 4300
New York, NY 10036

(212) 899-9960 Tel
(212) 956-1971 Fax

**Writer's Direct Dial:**
(212) 899-9989

**Writer's E-mail:**
ablair@fisherphillips.com

August 31, 2026

**Via ECF**
Hon. Lewis J. Liman
United States District Judge
Southern District of New York
500 Pearl St.
New York, NY 10007

RE: *Delvis Ramirez v. Global Threat Solutions, LLC, et al.,*
Case No. 1:26-cv-03829 (LJL)

Dear Judge Liman:

This office represents Defendants Global Threat Solutions, LLC and Kenneth Bombace (collectively, "Defendants") in the above-referenced action. Defendants write to respectfully request an extension of time, until September 18, 2026, to serve their responses to Plaintiff's document demands and interrogatories, and a corresponding extension of Plaintiff's deadline to file the anticipated motion under 29 U.S.C. § 216(b), from September 25, 2026, to October 13, 2026. This is Defendants' first request to extend deadlines relating to discovery in connection with Plaintiff's anticipated § 216(b) motion.

Defendants make this request because additional time is needed to respond to Plaintiff's discovery requests and collect responsive information and documents, including materials that must be obtained and coordinated through a third-party payroll servicer. Defendants have conferred with Plaintiff's counsel regarding this request but, as of the time of this filing, Defendants have not been able to obtain a definitive response.

Thank you for your consideration of this matter.

Respectfully submitted,

<u>*/s/ Amanda M. Blair*</u>
Amanda M. Blair
FISHER & PHILLIPS LLP

Fisher Phillips

*Counsel for Defendants*

cc: All Counsel of Record (via ECF)