**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

DELVIS RAMIREZ, *on behalf of himself, FLSA Collective Plaintiffs, and the Class,*

Plaintiff,

-against-

GLOBAL THREAT SOLUTIONS, LLC, and KENNETH BOMBACE,

Defendants.

Case No.: 1:26-cv-03829 (LJL)

**NOTICE OF PLAINTIFF'S MOTION FOR CONDITIONAL COLLECTIVE CERTIFICATION AND FOR COURT FACILITATION OF NOTICE PURSUANT TO 29 U.S.C. § 216(b)**

Please take notice that upon the accompanying Memorandum of Law, the Declaration of C.K. Lee the exhibits annexed thereto, all proceedings and filings had hereto, and the Declaration of Delvis Ramirez, Plaintiff, on behalf of himself and all others similarly situated, by his undersigned attorneys, hereby moves this Court for the relief detailed in the proposed Order attached hereto as **Exhibit 1**.

Dated: New York, New York
October 13, 2026

Respectfully submitted,

**LEE LITIGATION GROUP, PLLC**

By: */s/* C.K. Lee

C.K. Lee, Esq. (CL 4086)
Lee Litigation Group, PLLC
148 West 24th Street, Eighth Floor
New York, NY 10011
Tel: (212) 465-1188
Fax: (212) 465-1181
*Attorneys for Plaintiff, FLSA Collective Plaintiffs and the Class*