**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

DELVIS RAMIREZ, *on behalf of himself, FLSA Collective Plaintiffs, and the Class,*

Plaintiff,

-against-

GLOBAL THREAT SOLUTIONS, LLC, and KENNETH BOMBACE,

Defendants.

**Case No.:** 1:26-cv-03829 (LJL)

**[PROPOSED] ORDER GRANTING CONDITIONAL COLLECTIVE CERTIFICATION PURSUANT TO 29 U.S.C. § 216(b)**

It is hereby ORDERED as follows:

(1) The Court grants conditional certification of the FLSA claim as a representative collective action pursuant to 29 U.S.C. § 216(b) on behalf of all current and former hourly, non-exempt security guards, security officers, fire guards, patrol guards and other similarly positioned employees employed by Defendants at any client site in the United States at any time on or after May 8, 2023, the date that is three (3) years before the filing of the Complaint (the "Covered Employees").

(2) The Court approves the distribution of the notice of this FLSA action to Covered Employees, including a consent form (or opt-in form) as authorized by the FLSA.

(3) The Court approves the proposed FLSA notice of this action and the consent form, attached as **EXHIBIT J** to the Declaration of C.K. Lee.

(4) The Court approves the consent forms of opt-in plaintiffs to be sent directly to Plaintiff's counsel.

(5) Within fourteen (14) days of this Order, Defendants are to produce to Plaintiff's counsel, in Microsoft Excel format, the names, last known mailing addresses, telephone numbers, email addresses, job titles, work locations and dates of employment of all Covered Employees.

(6) Plaintiff's counsel may send the notice and consent form to Covered Employees by first-class mail, email and text message.

(7) Covered Employees shall have sixty (60) days from the date the notice is first sent to return a signed consent form (the "Opt-In Period"); for any Covered Employee whose notice is returned as undeliverable and for whom a new address is located, the Opt-In Period shall run from the date the notice is re-sent. Plaintiff's counsel may send a reminder notice, by the same means, to Covered Employees who have not returned a consent form by the mid-point of the Opt-In Period.

(8) The Court approves the posting of the notice, along with the consent form, by Defendants, in a conspicuous location not accessible to the public at each of Defendants' offices and at each roll-call area or other location where Covered Employees report for duty, for the duration of the Opt-In Period.

(9) The Court approves equitable tolling of the FLSA statute of limitations for Covered Employees from the date Plaintiff filed this motion, until such time that Plaintiff is able to send notice to potential opt-in plaintiffs.

SO ORDERED

__________________________________ ________________________
Hon. Lewis J. Liman, U.S.D.J. Dated