**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| DELVIS RAMIREZ, *on behalf of himself, FLSA Collective Plaintiffs, and the Class,*<br><br>Plaintiff,<br><br>-against-<br><br>GLOBAL THREAT SOLUTIONS, LLC, and KENNETH BOMBACE,<br><br>Defendants. | Case No.: 1:26-cv-03829 (LJL) |

**DECLARATION OF LLOYD TAYLOR**

I, LLOYD TAYLOR, declare under penalty of perjury as follows:

**My Employment**

1. In or around November 2022, Global Threat Solutions, LLC ("GTS") hired me as an unarmed security guard. I worked for GTS until in or around November 2023.

2. GTS assigned me to guard its client banks in New York City. I worked for at least three different banks across the City: (i) a Chase Bank in Flushing, Queens; (ii) a Citibank in Manhattan; and (iii) a Capital One on 34th Street (together, the "bank sites").

3. GTS paid me $25.00 per hour. I was paid every two weeks by check. I did not supervise anyone. As with other employees, regardless of the hours worked by me, I would only be paid for my scheduled hours, not the hours I actually worked.

4. My regular schedule was two overnight shifts per week, from 6:00 p.m. to 8:00 a.m. Each shift was fourteen (14) scheduled hours, for a total of twenty-eight (28) scheduled hours per week. I did not take a meal break during my shifts. I stayed at my post for the entire shift.

5. The other guards at the bank sites had the same job as me. They were hourly employees, who were really paid by the shift, on a bi-weekly basis, like me. GTS guards covered the bank sites in shifts. At every shift change, the guard going off duty handed the post over to the guard coming on duty.

**How GTS Ran the Bank Sites**

6. I was not hired at any of the bank sites. Brian Scott, a GTS security guard, gave me a GTS telephone number to call. After I called, GTS sent me an email to set up my interview.

7. My schedules came from GTS, not from the banks. GTS communicated with the guards as a group through a WhatsApp group chat. I and the other guards had to respond in the group chat every day.

8. I checked in and out of every shift from the site, either by calling GTS or through a phone app that used geo-location to make sure that the employee was on site before letting you punch-in or out. The other guards checked in and out the same way.

9. Throughout my employment, GTS paid me for my scheduled shift hours only, even when I checked in before my scheduled start time or checked out after my scheduled end time. My pay began at my scheduled start time and ended at my scheduled end time.

**Work Before Every Shift**

10. Before I could take over the post, I had to get a handover, or "pass down," from the guard I was relieving. That guard could not leave until I had arrived and taken the pass down. To do this before my scheduled start time, I arrived at my post about ten minutes before every shift, by about 5:50 p.m.

11. GTS did not pay me for any of this time. My pay always began at my scheduled start time, no matter when I arrived.

**Work After Every Shift**

12. I could not leave my post at the end of my shift until my relief arrived and I had given my relief the pass down. I usually stayed on post until about 8:10. Sometimes I stayed even later.

13. GTS did not pay me for any of this time. My pay always ended at my scheduled end time, no matter when I left.

**The Other Guards**

14. At every shift change, the guards going "off-duty" are required to stay on post until their relief arrives.

15. I talked with my co-worker Brian Scott about pay. Brian told me that GTS paid him only for his scheduled shift hours, even though he arrived before his shift and stayed anywhere up to twenty minutes past his scheduled end time.

16. GTS moves guards between its sites but the clock-in procedures remained the same at each site. During my employment, I regularly saw GTS transfer guards from one site to another. GTS itself assigned me to three different bank sites. GTS paid me the same way at every one of them: for my scheduled shift hours only, even though I worked longer hours.

17. From these conversations, from working at three different GTS sites, and from what I saw at every shift change, I know that the other guards did the same unpaid work before and after their shifts that I did. They were paid only for their scheduled hours, like me. GTS paid all of its hourly guards this way regardless of their site of work.

18. When GTS hired me, no one told me, orally or in writing, that GTS would pay me only for my scheduled shift hours, or that the time I spent taking and giving the pass down and waiting for my relief would be unpaid.

19. Every two weeks, GTS gave me a pay statement. The statement did not show the hours I actually worked. It listed my scheduled shift hours only. It showed eight hours for every shift, including shifts on which I worked well past my scheduled end time. It listed my scheduled start and end times as my "punch in" and "punch out" times, even though I had checked in earlier and checked out later. Because the statements did not show my real hours, I could not tell from them how many hours I had been shorted or how much I was owed. Accurate statements would have shown me the shortfall every pay period.

20. When GTS hired me, no one told me, orally or in writing, that GTS would pay me only for my scheduled shift hours, or that the time I spent waiting for my relief would be unpaid. Had GTS given me a notice stating those terms, that would have reduced my hourly rate, and I would have known what GTS actually intended to pay me, and I could have objected, decided whether to take the job, tracked my hours from the first day. Without a proper notice, I had nothing in writing to compare my pay against.

21. I am willing to serve as the representative of the collective and/or class and represent that I am fully competent to perform the duties required. I have no interests that conflict with the prospective collective or class members.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: October 15, 2026
New York, New York

Lloyd Taylor (Oct 15, 2026 16:52:27 EDT)

LLOYD TAYLOR