# CONSENT TO SUE UNDER
# THE FAIR LABOR STANDARDS ACT

I, Lloyd Taylor, am an individual formerly employed by Global Threat Solutions (together, including any successors, affiliates or related entities, "Defendants"). I consent to be a plaintiff in an action to collect unpaid compensation against Defendants.

By: Lloyd Taylor (Oct 15, 2026 13:35:35 EDT)

Date: 10/15/2026

Name: Lloyd Taylor