USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/24/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DELVIS RAMIREZ, et al.,

Plaintiffs,

-v-

GLOBAL THREAT SOLUTIONS, LLC, et al.,

Defendants.

26-cv-3829 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

The deadline for Plaintiff to submit a reply brief in further support of the motion for conditional certification at Dkt. No. 32 is adjourned *sine die* pending a decision on the pending motion for production of documents of opt-in plaintiff Lloyd Taylor and for the deposition testimony of Kenneth Bombace. *See* Dkt. No. 45.

SO ORDERED.

Dated: November 24, 2026
New York, New York

LEWIS J. LIMAN
United States District Judge